**WOLIN & WOLIN**
Attorneys at Law
420 Jericho Turnpike - Suite 215
Jericho, New York 11753
Telephone: (516) 938-1199
Facsimile: (516) 938-1178
E-Mail: wolinlaw@aol.com

Jerold Wolin
Alan E. Wolin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 8 2020

January 27, 2020

<u>Via ECF</u>

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

JAN 2 8 2020

**SO ORDERED**

The status conference is adjourned from January 29, 2020 to March 25, 2020 at 9:45 am.

*George B. Daniels*

HON. GEORGE B. DANIELS

Re:   <u>Henvill v. MTA, et al.</u>
      <u>Case No. 13-CV-7501 (GBD)</u>

Dear Judge Daniels:

   This office represents the plaintiff with respect to the above referenced matter. The parties hereby jointly request an adjournment of the conference scheduled for January 29, 2020 at 9:45 a.m..

   In support of this request, the parties wish to advise the Court that discovery is still ongoing. Plaintiff's deposition and the depositions of two individuals produced by defendant have been completed. The depositions of two other retired individuals were held pursuant to subpoena on January 24, 2020. The parties request the additional time in order to tie up any loose ends as a result of the recently held depositions.

   In view of the foregoing, it is respectfully requested that the Court reschedule the conference for March 11, 18 or 25, 2020 so as to allow the parties to represent to the Court that discovery is complete. Your Honor's most favorable consideration will be appreciated.

Respectfully yours,

*Alan E. Wolin*

cc:   Gregory Gilmore, Esq. (via ECF)