**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

WINSTON HENVILL,

                Plaintiff,

    -against-

METROPOLITAN TRANSPORTATION AUTHORITY et al.,

                Defendants.

------------------------------------x

ORDER

13 Civ. 7501 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 25, 2020 conference is adjourned to May 27, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge