UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

WINSTON HENVILL,

                              Plaintiff,

    -against-

METROPOLITAN TRANSPORTATION
AUTHORITY et al.,

                         Defendants.

------------------------------------- x

ORDER

13 Civ. 7501 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference is adjourned from May 27, 2020 to August 12, 2020 at 9:45 am.

Dated: New York, New York
       May 5, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge