**WOLIN & WOLIN**
**Attorneys at Law**
420 Jericho Turnpike - Suite 215
Jericho, New York 11753
Telephone: (516) 938-1199
Facsimile: (516) 938-1178
E-Mail: wolinlaw@aol.com

Jerold Wolin
Alan E. Wolin

July 23, 2020

*Via ECF*

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

JUL 2 7 2020

**SO ORDERED**

The status conference on August 12, 2020 is adjourned to September 16, 2020 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re:  Henvill v. MTA, et al.
     *Case No. 13-CV-7501 (GBD)*

Dear Judge Daniels:

This office represents the Plaintiff, Winston Henvill, with respect to the above referenced case. With the consent of defendant's counsel, Gregory B. Gilmore, Plaintiff hereby requests that the status conference scheduled for August 12, 2020 at 9:45 a.m. be adjourned and rescheduled for September 2020.

In support of this request, I note that I have an administrative hearing in the matter of Gomez v. Department of Veterans Affairs, pending before the U.S. Equal Employment Opportunity Commission, scheduled for August 12, 2020. As such, I have a conflict with the within conference.

In further support of this request, the parties represent that all discovery has been completed.

In view of the foregoing, it is respectfully requested that the Court reschedule the conference for September 2020. Your Honor's most favorable consideration will be appreciated.

Respectfully yours,

*Alan E. Wolin*

cc:  Gregory Gilmore, Esq. (via ECF)