**WOLIN & WOLIN**
**Attorneys at Law**
420 Jericho Turnpike - Suite 215
Jericho, New York 11753
Telephone: (516) 938-1199
Facsimile: (516) 938-1178
E-Mail: wolinlaw@aol.com

Jerold Wolin
Alan E. Wolin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 8 2020

September 8, 2020

*Via ECF*

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED

SEP 0 8 2020

The status conference is adjourned from September 16, 2020 to December 2, 2020 at 9:45 a.m.

*[signature]*
HON. GEORGE B. DANIELS

Re:   *Henvill v. MTA, et al.*
      Case No. 13-CV-7501 (GBD)

Dear Judge Daniels:

    This office represents the Plaintiff, Winston Henvill, with respect to the above referenced case.  The parties hereby made a joint request to adjourn the status conference scheduled for September 16, 2020 at 9:45AM.

    In support of this request, counsel note that they are still working remotely and are not yet prepared to travel to Manhattan for professional purposes.

    The parties, however, would like to update the Court on the status of this matter.  Discovery is substantially complete.  However, the parties would like to update certain discovery matters which may have taken place over the past few months.  In addition, defendant intends to move for summary judgment.

    In view of the foregoing, it is respectfully requested that the Court reschedule the conference for November 2020.  Your Honor's most favorable consideration will be appreciated.

Respectfully yours,

*Alan E. Wolin*

cc:   Gregory Gilmore, Esq. (via ECF)