UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
WINSTON HENVILL,

                      Plaintiff,

    -against-

METROPOLITAN TRANSPORTATION
AUTHORITY et al.,

                    Defendants.
------------------------------------- x

ORDER

13 Civ. 7501 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties' request to adjourn the December 2, 2020 status conference, (ECF No. 140), is GRANTED. The status conference is adjourned to January 13, 2021 at 9:45 am. The parties may submit a briefing schedule for dispositive motions for this Court's consideration.

Dated: New York, New York
       November 30, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge