UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

WINSTON HENVILL,

                        Plaintiff,

    -against-

METROPOLITAN TRANSPORTATION
AUTHORITY et al.,

                      Defendants.

------------------------------------------------------------- x

ORDER

13 Civ. 7501 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The January 13, 2021 status conference is adjourned to April 28, 2021 at 9:45 am. The Clerk of the Court is directed to close the letter motion at ECF No. 144.

Dated: New York, New York
       January 5, 2021

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge