**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

WINSTON HENVILL,

                Plaintiff,

      -against-

METROPOLITAN TRANSPORTATION
AUTHORITY et al,

                Defendants.

------------------------------------- x

ORDER

13 Civ. 7501 (GBD)

GEORGE B. DANIELS, United States District Judge:

The oral argument on August 4, 2021 is rescheduled from 10:30 a.m. to 11:00 a.m.

Dated: July 26, 2021
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge