**WOLIN & WOLIN**
**Attorneys at Law**
**420 Jericho Turnpike - Suite 215**
**Jericho, New York 11753**
**Telephone: (516) 938-1199**
**Facsimile: (516) 938-1178**
**E-Mail: wolinlaw@aol.com**



Jerold Wolin
Alan E. Wolin

September 24, 2021

*Via ECF*

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED

The oral argument is adjourned from
September 29, 2021 to December 1, 2021 at 1:00 p.m.

SEP 28 2021

*George B. Daniels*

HON.

            Re:     *Henvill v. MTA, et al.*
                    *Case No. 13-CV-7501 (GBD)*

Dear Judge Daniels:

        This office represents the plaintiff, Winston Henvill, with respect to the above referenced case.

        Oral argument in the within case is scheduled for Wednesday, September 29, 2021 at 10:00 a.m.  With the consent of defense counsel, Reshma Khanna, Esq., I respectfully request an adjournment thereof.

        In support of this request, I note that I have had a family medical issue arise and, as a result, will not be available for the oral argument as presently scheduled.  With respect to rescheduling, both sides are available on November 3, 2021 or December 1, 2021.

        The Court's most favorable consideration to this matter will be appreciated.

                                        Respectfully yours,

                                        *Alan E. Wolin*

                                        ALAN E. WOLIN

cc:     Reshma Khanna, Esq. (via ECF)