**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WINSTON HENVILL,

                        Plaintiff,

    -against-                                   13 **CIVIL** 7501 (GBD)

**JUDGMENT**

METROPOLITAN TRANSPORTATION
AUTHORITY,

                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 26, 2022, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      September 28, 2022

                                                       **RUBY J. KRAJICK**

                                                  _____
                                                        **Clerk of Court**

                                     **BY:**    *K. Mango*

                                                        **Deputy Clerk**